## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE JP MORGAN CHASE & CO. SECURITIES LITIGATION | MDL No. 1783 |
| | Master Docket No. 06 C 4674 |
| This Document Relates to: | Judge David H. Coar |
| *Blau v. Harrison, et al.*, No. 04 C 6592 | Magistrate Judge Martin C. Ashman |
| *Hyland v. Harrison, et al.*, No. 06 C 4675 | |
| *Hyland v. J.P. Morgan Securities, Inc.,* No. 06 C 4676 | |

## PLAINTIFFS' JOINT MOTION FOR FINAL
## APPROVAL OF CLASS ACTION SETTLEMENT

Lead Plaintiffs in the above-referenced cases, by and through counsel, move for final approval pursuant to Fed. R. Civ. P. 23(e) of the proposed settlement, which is the subject of the Court's July 8, 2008 Order, after conducting the hearing required by Fed. R. Civ. P. 23(e)(1)(C). A true and correct copy of the proposed Stipulation of Settlement is attached hereto as Exhibit A.

In support of this Motion, Lead Plaintiffs rely upon all of their related submissions, all proceedings before this Court, and the accompanying Memorandum of Law.

WHEREFORE, Lead Plaintiffs move for entry of an Order and Final Judgment of Dismissal, in a proposed form to be submitted by the parties, that, *inter alia*, approves the parties' settlement of the claims raised in the above-referenced actions as fair, reasonable and adequate and enters a final judgment.

520910

DATED:  September 16, 2008                                Respectfully submitted,

**WOLF HALDENSTEIN ADLER  FREEMAN & HERZ LLC**

/s/  Adam J. Levitt
Adam J. Levitt
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
Tel:  (312) 984-0000
Fax:  (312) 984-0001
email:  levitt@whafh.com

**WOLF HALDENSTEIN ADLER  FREEMAN & HERZ LLP**
Jeffrey G. Smith
Demet Basar
Kate McGuire
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
Fax: (212) 545-4653
email:  basar@whafh.com

*Lead Counsel for Plaintiff
 in Blau v. Harrison*


/s/  Joseph N. Gielata
**JOSEPH N. GIELATA
ATTORNEY AT LAW**
501 Silverside Road, No. 90
Wilmington, Delaware 19809
Tel: (302) 798-1096

*Lead Counsel for Plaintiffs in
Hyland v. Harrison and
Hyland v. J.P. Morgan Securities, Inc.*

520910                                    2