**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE JP MORGAN CHASE & CO. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>*Blau v. Harrison, et al.*, No. 04 C 6592 | MDL No. 1783<br><br>Master Docket No. 06 C 4674<br><br>Judge David H. Coar<br><br>Magistrate Judge Martin C. Ashman |

**PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND LEAD PLAINTIFF AWARD**

Lead Plaintiff respectfully moves this Court for entry of an Order: (a) awarding his counsel attorneys' fees of $7.5 million; (b) awarding his counsel $415,000 for reimbursement of expenses incurred in this litigation; and (c) awarding lead plaintiff $2,695 for reimbursement of his costs and expenses under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4).

In support of his motion, plaintiff is filing concurrently herewith: (a) *Statement in Support of an Award of Attorneys' Fees and Expenses* (annexed as Tab A to the parties' Local Rule 54.3 Joint Statement); (b) the *Declaration of Demet Basar In Support of Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Lead Plaintiff Award.*

**WHEREFORE**, plaintiff respectfully requests that the Court grant on Order granting the relief set forth above, as well as such other and further relief as the Court may deem just and proper.

2

**Dated:** September 16, 2008

                                                Respectfully submitted,
                                                **WOLF HALDENSTEIN ADLER**
                                                  **FREEMAN & HERZ LLC**

                                              /s/  Adam J. Levitt     _____
                                              Adam J. Levitt
                                              55 West Monroe Street, Suite 1111
                                              Chicago, Illinois  60603
                                              Tel:  (312) 984-0000
                                              Fax:  (312) 984-0001
                                              email:  levitt@whafh.com

                                              **WOLF HALDENSTEIN ADLER**
                                                **FREEMAN & HERZ LLP**
                                              Jeffrey G. Smith
                                              Demet Basar
                                              Rachel S. Poplock
                                              270 Madison Avenue
                                              New York, New York 10016
                                              Tel: (212) 545-4600
                                              Fax: (212) 545-4653
                                              email:  basar@whafh.com

                                              *Lead Counsel for Plaintiff*
                                               *in Blau v. Harrison*

520753