Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 C 4674 (MDL NO. 1783) | DATE | 7/8/2008 |
| CASE TITLE | IN RE: JP Morgan Chase & Co. Securities Litigation - this document relates to Blau v. Hariston, et al No. 04 C 6592 | | |

**DOCKET ENTRY TEXT**

The Court preliminarily approves the settlement, as set forth in the Stipulation, as fair, reasonable and adequate as to the members of the settlement class. All papers in support of th settlement and the Joint Statement of Undisputed and Disputes Fees required by Local Rule 54.3 shall be filed on or before 9/16/2008. Objections to the settlement or fees to be filed and served by 10/1/2008. A hearing fairness settlement hearing is set for 10/30/2008 at 10:00 a.m. ENTER PRELIMINARY APPROVAL ORDER

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|