**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE JPMORGAN CHASE & CO. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>*Hyland v. Harrison,* et al. No. 06 C 4675<br><br>*Hyland v. J.P. Morgan Securities, Inc.,* No. 06 C 4676 | MDL No. 1783<br><br>Master Docket No. 06 C 4674<br><br>Judge David H. Coar |

**MOTION OF *HYLAND* PLAINTIFFS' LEAD COUNSEL FOR AN
AWARD OF ATTORNEY'S FEES AND REIMBURSABLE EXPENSES**

Lead counsel in the above-referenced actions ("Movant") hereby renews his Motion for an Award of Attorney's Fees and Reimbursable Expenses (the "Motion"). (D.E. #270)

The grounds for the Motion and the parties' respective positions are set forth in the previously-filed Local Rule 54.3 Joint Statement. (D.E. #272)

**WHEREFORE**, Movant respectfully requests that the Court grant the relief sought in the Motion, as well as such other and further relief as the Court may deem just and proper.

DATED: June 30, 2009

Respectfully submitted,

/s/ Joseph N. Gielata
**JOSEPH N. GIELATA
ATTORNEY AT LAW**
501 Silverside Road, No. 90
Wilmington, Delaware 19809
(302) 507-4400

*Lead Counsel for Plaintiffs in
 Hyland v. Harrison and
 Hyland v. J.P. Morgan Securities, Inc.*