IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE JP MORGAN CHASE & CO. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>*Blau v. Harrison,* et al., No. 04 C 6592<br><br>*Hyland v. Harrison,* et al. No. 06 C 4675<br><br>*Hyland v. J.P. Morgan Securities, Inc.,* No. 06 C 4676 | MDL No. 1783<br><br>Master Docket No. 06 C 4674<br><br>Judge David H. Coar<br><br>Magistrate Judge Martin C. Ashman |

### DEFENDANT JPMORGANCHASE & CO.'S RENEWED OPPOSITION TO PLAINTIFFS' RENEWED MOTIONS FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND LEAD PLAINTIFF AWARD

Defendant J.P. Morgan Chase & Co. ("JPMC") opposes the request of counsel for plaintiffs Stephen Blau, Samuel Hyland and Stephanie Speakman that they be awarded $11,533,170.94 in fees and expenses—to be paid by JPMC—for all the reasons set forth in the parties' previously-filed Local Rule 54.3 Joint Statement (D.E. #272) and in JPMC's Memorandum in Support of Plaintiffs' Renewed Motion for Final Approval of Settlement, filed concurrently herewith. In addition, JPMC opposes plaintiff Stephen Blau's request that he be

awarded $2,695 for the reasons set forth in JPMC's previously filed Opposition to Stephen Blau's Motion for an Award of Costs and Expenses (D.E. #305).

Dated: July 15, 2009

| Of Counsel: | Respectfully submitted, |
|---|---|
| Sharon L. Nelles<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>(212) 558-3712 | /s/ Kathleen L. Roach<br>Kathleen L. Roach<br>SIDLEY AUSTIN LLP<br>1 S. Dearborn<br>Chicago, Illinois  60603<br>(312) 853-7000 |
| Nancy E. Schwarzkopf<br>JPMORGAN CHASE LEGAL DEPARTMENT<br>1 Chase Manhattan Plaza, 26th Floor<br>New York, New York  10081<br>(212) 552-3585 | |

*Counsel for Defendant J.P. Morgan Chase & Co.*