UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.3**
Eastern Division

JP Morgan Chase & Co. Securities Litigation, et al.

                          Plaintiff,

v.                                            Case No.: 1:06−cv−04674
                                                               Honorable David H. Coar

Hans W Becherer, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 19, 2009:

      MINUTE entry before the Honorable David H. Coar:Motion hearing held on 8/19/2009 regarding motion for attorney fees[323], motion for settlement, [321], motion for attorney fees[325]. Motion for settlement [321] ; Motion for attorney fees [323] ; Motion for attorney fees [325] are continued to 9/9/2009 at 9:00 a.m. to review the language of the order. Motion Hearing set for 9/9/2009 at 09:00 AM. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.