```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   In Re:                               )  No. 06 C 4674
                                          )  Chicago, Illinois
 4   JP MORGAN CHASE & COMPANY            )  August 19, 2009
     SECURITIES LITIGATION                )  9:00 a.m.
 5

 6             TRANSCRIPT OF PROCEEDINGS - MOTION
               BEFORE THE HONORABLE DAVID H. COAR
 7   APPEARANCES:

 8   For the Plaintiff Blau:       WOLF HALDENSTEIN ADLER
                                   FREEMAN & HERZ LLC
 9                                 55 West Monroe Street
                                   Suite 1111
10                                 Chicago, Illinois  60601
                                   BY:  MR. ADAM J. LEVITT
11
                                   WOLF HALDENSTEIN ADLER
12                                 FREEMAN & HERZ LLC
                                   270 Madison Avenue
13                                 New York, New York  10016
                                   BY:  MR. JEFFREY G. SMITH
14                                      MS. DEMET BASAR

15   For the Hyland Plaintiffs:    MR. JOSEPH N. GIELATA
                                   501 Silverside Road
16                                 Suite 90
                                   Wilmington, Delaware  19809
17
     For the Defendants:           SIDLEY & AUSTIN
18                                 1 South Dearborn Street
                                   Chicago, Illinois  60603
19                                 BY:  MS. KATHLEEN L. ROACH

20                                 SULLIVAN & CROMWELL, LLP
                                   125 Broad Street
21                                 New York, New York  10004
                                   BY:  MS. SHARON L. NELLES
22
                   TRACEY DANA McCULLOUGH, CSR, RPR
23                      Official Court Reporter
                      219 South Dearborn Street
24                           Room 1420
                        Chicago, Illinois 60604
25                         (312) 922-3716
```

```
 1   APPEARANCES CONTINUED:

 2   For the Intervenor:          CUMMINS LAW FIRM,
                                  77 West Wacker Drive
 3                                Suite 4800
                                  Chicago, Illinois  60603
 4                                BY:  MR. ROBERT P. CUMMINS

 5
                                  CRONIN & CO., LTD.
 6                                77 West Wacker Drive
                                  Suite 4800
 7                                Chicago, Illinois  60603
                                  BY:  MR. THOMAS C. CRONIN
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1             THE CLERK:  06 C 4674:  In Re:  JP Morgan Chase & Co.
2    Securities Litigation.  There are several matters before the
3    Court.
4             MR. LEVITT:  Good morning, Your Honor.  Adam Levitt on
5    plaintiff's behalf.
6             MR. SMITH:  Your Honor, Jeffrey Smith on plaintiff
7    Blau's behalf.
8             MS. BASAR:  Good morning, Your Honor.  Demet Basar
9    also for Dr -- plaintiff Dr. Steven Blau.
10            MR. GIELATA:  And good morning, Your Honor.  Joseph
11   Gielata on behalf of the Hyland plaintiffs.
12            MS. ROACH:  Good morning, Your Honor.  Kathleen Roach
13   on behalf of defendants.
14            MS. NELLES:  Good morning, Your Honor.  Sharon Nelles
15   from Sullivan & Cromwell on behalf of defendant.
16            MR. CUMMINS:  Bob Cummins for Sherlock, Judge.
17            MR. CRONIN:  Tom Cronin for Judge Sherlock, Judge.
18            THE COURT:  I read the response from the intervenors.
19   Apparently there's no objection to the settlement generally.
20   There are objections to some of the language.  And how do you
21   propose we resolve that?
22            MR. SMITH:  Your Honor, on behalf of plaintiff Blau,
23   we think that the order we had proposed for approval of the
24   settlement is appropriate, Your Honor.  It was not my
25   understanding that the changes Your Honor suggested and the

1 criticism Your Honor made of our initial submission was sparked
2 by the objectors. And, therefore, I think the challenged
3 paragraph that overrules their objection is appropriate.
4     I certainly don't pretend to know exactly what's in
5 Your Honor's mind, but that was my impression, Your Honor. I
6 do want to apologize, Your Honor. I was going over the
7 transcript of our last hearings. I realized that I had made a
8 180-degree misstatement to you when I said that the settlement
9 did not provide that you retain jurisdiction to enforce its
10 term. It does. It clearly did then. That's not a new piece
11 of the settlement. It's in paragraph 13 of the stipulation of
12 settlement, Your Honor. And when you asked that question back
13 in whatever month that was, I just didn't have it in mind, and
14 I, I misspoke. So I apologize for that.
15     THE COURT: Well, let me invite you to take a look at
16 the rather peculiar position that the Seventh Circuit takes
17 with respect the retention of jurisdiction. It is at odds with
18 the position of every circuit that I'm aware of, and it makes
19 it very difficult for Courts to enter a final order and retain
20 jurisdiction. It would not be my intention to keep this case
21 in stasis forever, but I'm going to -- I think the best way to
22 do this is that I'm going to set this over for a couple of
23 weeks. And to give everybody a chance to take a look at the
24 Seventh Circuit cases so that we get this issue of retaining
25 jurisdiction resolved.

1    I'll set it over to -- let's make it September 9 at
2    9:00 o'clock.  In the meantime, I'll take a look at the -- take
3    another look at the objections to the language and I'll be
4    prepared to rule on the attorney's fees.
5         MR. SMITH:  Does Your Honor have any questions about
6    any other aspects of the motions that are pending?
7         THE COURT:  I do not.
8         MR. SMITH:  Thank you, Your Honor.
9         MR. LEVITT:  Thank you, Your Honor.
10        THE COURT:  Thank you very much.
11        MR. CRONIN:  Thanks for your time.
12        MS. ROACH:  Thank you, Your Honor.
13        MS. NELLES:  Thank you, Your Honor.
14        MR. CUMMINS:  Have a good day.
15        THE COURT:  You too.
16                              CERTIFICATE
17        I HEREBY CERTIFY that the foregoing is a true, correct
18   and complete transcript of the proceedings had at the hearing
19   of the aforementioned cause on the day and date hereof.
20
21   */s/TRACEY D. McCULLOUGH          August 21, 2009*
22   Official Court Reporter           Date
     United States District Court
23   Northern District of Illinois
     Eastern Division
24
25