UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

JP Morgan Chase & Co. Securities Litigation, et al.
                                                         Plaintiff,

v.                                                                                        Case No.: 1:06–cv–04674
                                                                                      Honorable David H. Coar

Hans W Becherer, et al.
                                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 9, 2009:

      MINUTE entry before the Honorable David H. Coar: Motion hearing held on 9/9/2009 regarding motion for attorney fees[323], motion for settlement, [321], motion for attorney fees [325]Motion for settlement [321] is granted with the amendments of the Intervenor Motion for attorney fees [323] is granted; Motion for attorney fees [325] is granted. Signature orders to be submitted. Motions terminated: MOTION by Plaintiffs Samuel I. Hyland, Stephanie Speakman for attorney fees[323], MOTION by Plaintiff Lead Plaintiffs' for settlement *Renewed Motion for Final Approval of Settlement*[321], MOTION by Plaintiff Lead Plaintiffs' for attorney fees *Plaintiffs' Renewed Motion for An Award of Attorneys' Fees, Reimbursement of Expenses And Lead Plaintiff Award*[325] Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.