IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE JP MORGAN CHASE & CO. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>*Blau* v. *Harrison, et al.*, No. 04 C 6592<br><br>*Hyland* v. *Harrison, et al.*, No. 06 C 4675<br><br>*Hyland* v. *J.P. Morgan Securities, Inc.*, No. 06 C 4676 | MDL No. 1783<br><br>Master Docket No. 06 C 4674<br><br>Judge David H. Coar<br><br>Magistrate Judge Martin C. Ashman |

## NOTICE OF APPEAL

Notice is hereby given that J.P.Morgan Chase & Co. ("JPMC"), defendant in the above-captioned action, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's September 9, 2009 decision granting (1) the Motion of *Hyland* Plaintiffs' Lead Counsel For An Award of Attorney's Fee And Reimbursable Expenses and awarding counsel $3,600,000.00 in attorney fees and $18,170.94 in expenses, and (2) the *Blau* Plaintiff's Renewed Motion For An Award Of Attorneys' Fees, Reimbursement Of Expenses And Lead Plaintiff Award and awarding $7,500,000.00 in attorney fees, $415,000.00 in expenses, and $2,695.00 to plaintiff Stephen Blau.[1]

---

[1] The Court's September 9, 2009 decision granted plaintiffs' respective motions for attorney fees, expenses and a lead plaintiff award and stated that signature orders were to be subsequently submitted. Although the Court has not yet entered those orders, JPMC is filing this Notice of Appeal pursuant to F.R.A.P. Rule 4(a)(2), which provides that "[a] notice of appeal filed after the court announces a decision or order—but before the entry of the judgment or order—is treated as filed on the date of and after the entry."

- 2 -

Dated: September 25, 2009

| Of Counsel: | Respectfully submitted, |
|---|---|
| Sharon L. Nelles<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-3712 | /s/ Kathleen L. Roach<br>Kathleen L. Roach<br>SIDLEY AUSTIN LLP<br>1 S. Dearborn<br>Chicago, Illinois 60603<br>(312) 853-7000 |
| Nancy E. Schwarzkopf<br>JPMORGAN CHASE LEGAL DEPARTMENT<br>1 Chase Manhattan Plaza, 26th Floor<br>New York, New York 10081<br>(212) 552-3585 | |

*Counsel for Defendant J.P. Morgan Chase & Co.*

## CERTIFICATE OF SERVICE

I, Matthew Kilby, hereby certify that I have served a copy of the foregoing Notice of Appeal this 25th day of September, 2009. Notice of Electronic Case Filing has been sent automatically to the registered parties, which constitutes service of same:

>Demet Basar
>Jeffrey Smith
>Wolf Haldenstein Adler Freeman & Herz LLP
>270 Madison Ave., 10th Floor
>New York, NY 10016
>
>Adam J. Levitt
>Wolf Haldenstein Adler Freeman & Herz LLC
>55 West Monroe Street, Suite 1111
>Chicago, IL 60603
>
>Joseph N. Gielata
>501 Silverside Road, #90
>Wilmington, DE 19809
>
>Thomas C. Cronin
>Cronin & Co., Ltd.
>77 West Wacker Dr., Suite 4800
>Chicago, IL 60601
>
>Robert P. Cummins
>Cummins Law Firm, PC
>77 West Wacker Drive, Suite 4800
>Chicago, IL 60601

>s/ Matthew Kilby
>Matthew Kilby