# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 21, 2009

BEFORE

JOEL M. FLAUM, *Circuit Judge*

| No.: 09-3393 | SAMUEL I. HYLAND, et al., Plaintiffs - Appellees <br><br> v. <br><br> J.P. MORGAN CHASE & CO., Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:06-cv-04674 <br> Northern District of Illinois, Eastern Division <br> District Judge David H. Coar ||

Upon consideration of the **DEFENDANT-APPELLANT J.P. MORGAN CHASE & CO.'S MOTION TO REMAND**, filed on October 16, 2009, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. In light of the district court's indication of its willingness to vacate its ruling, this appeal is **REMANDED** to the district court for further proceedings. The parties are reminded that a new notice of appeal must be filed by any party dissatisfied with the judgment as modified. *See* Cir. R. 57. The mandate in this appeal shall issue forthwith.

form name: **c7_Order_3J** (form ID: **177**)